UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

LEONA WOODARD                                                                                           PLAINTIFF

V.                                                                      CIVIL ACTION NO. 3:06CV661 DPJ-JCS

PEBBLE CREEK APARTMENTS, ET AL.                                                        DEFENDANTS

ORDER

For the reasons given on the record at the motion hearing held on December 14, 2007, Defendants' motion to compel arbitration is granted.

Because arbitration has been compelled, and all issues in this case disposed of, the Clerk of the Court is to administratively close this case. Either party may seek, by motion, to reopen this case in the event further action is required by the Court.

**SO ORDERED AND ADJUDGED** this the 17th day of December, 2007.

s/ *Daniel P. Jordan III*
UNITED STATES DISTRICT JUDGE